**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00147-CR
### No. 05-15-00148-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause Nos. 001-83797-2014, 001-83796-2014**

## ORDER

Appellant is representing himself on these appeals. The Court has previously granted appellant a thirty-day extension of time to file his brief. The Court now has before it appellant's July 6, 2015 second motion seeking another thirty days to file his brief. We **GRANT** the motion and **ORDER** appellant to file his brief by **AUGUST 4, 2015**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeals without briefs. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order to Robert Marzett and the Collin County District Attorney's Office.

/s/     ADA BROWN
JUSTICE